**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7113

DEVIN JERELL COAXUM,

Plaintiff - Appellant,

v.

QUANDARA GRANT, Director; LATASHA ROBINSON, Deputy Director; BEAUFORT COUNTY DETENTION CENTER,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Joseph Dawson, III, District Judge.  (5:22-cv-02164-JD)

Submitted:  May 18, 2023                          Decided:  May 22, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Devin Jerell Coaxum, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devin Jerell Coaxum appeals the district court's order dismissing his complaint without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute or comply with a court order and directing that the case be closed. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Coaxum's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2